UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff and Judgment Creditor,

-against-

NORREY D. GREEN,

        Defendant and Judgment Debtor.

-and-

HSBC BANK USA NATIONAL ASSOCIATION,

        Garnishee.

*AMENDED ORDER FOR TURNOVER*

Civil Action No. CV-95-4741

HON. Jack B. Weinstein

---

Upon reading and filing the Declaration for Order of Turnover of Douglas M. Fisher, Esq., sworn to on the 24th day of May, 2005, and upon all the papers and exhibits annexed to the Declaration, and there being no opposition thereto, and due deliberation having been had thereon, it is hereby,

ORDERED, that the HSBC Bank USA National Association, upon receipt of a copy of this Order with Notice of Entry upon them, shall deliver to U.S. Department of Justice, Central Intake Facility, P.O. BOX 198558, Atlanta, Georgia, 30384, the funds presently on deposit totaling $4,118.28, and any accrued interest in the name of Norrey D. Green a/k/a Norrey A. Greene, the Judgment Debtor.

Dated:

                                  ENTER

                                  Hon.
                                  7/5/05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff and Judgment Creditor,

-against-

NORREY D. GREEN,

    Defendant and Judgment Debtor,

-and-

HSBC BANK USA NATIONAL ASSOCIATION,

    Garnishee.

ORDER FOR TURNOVER

Civil Action No. CV-95-4741

HON. Jack B. Weinstein

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 3 1 2005 ★
BROOKLYN OFFICE

Upon reading and filing the Declaration for Order of Turnover of Douglas M. Fisher, Esq., sworn to on the 24th day of May, 2005, and upon all the papers and exhibits annexed to the Declaration, and there being no opposition thereto, and due deliberation having been had thereon, it is hereby,

ORDERED, that the HSBC Bank USA National Association., upon receipt of a copy of this Order with Notice of Entry upon them, shall deliver to U.S. Department of Justice, Central Intake Facility, P.O. BOX 198558, Atlanta, Georgia, 30384, the funds presently on deposit, and any accrued interest in the name of Norrey D. Green, the Judgment Debtor.

Dated:

                ENTER

                _____
                Hon.

5/27/05





May 13, 2005

Christina Albanese
Solomon and Solomon, P.C.
Columbia Circle
Box 15019
Albany, New York 12212-5019
Attn: DOJ Student Loan Unit

Dear Christina Albanese:

Subject: Writ of Garnishment

Your office has served a Writ of Garnishment against <u>NORREY GREEN</u>. The defendant maintains a joint account <u>#009349308</u> with us. However, we have no knowledge that would establish ownership of the funds in the account(s). The amount held in the joint account(s), is <u>$3129.11</u>, in the name of <u>SONIA K JOHNSON / NORREY A GREENE</u>.

At the advice of our attorneys, we cannot release funds from a joint account unless both depositors are named as defendants. Also, court decisions show the questions of ownership must be resolved before funds are released.

HSBC Bank USA, N.A. will continue to hold the account(s) until further notice from the court but cannot remit funds unless we receive:

    A Release is received from the joint owner

        or

    An Order to turn over is received from the court

If you have any questions or require additional information please write to us at the above address.

Sincerely,

Nancy Lewandowski
Legal Assistant
Legal Processing Department

HSBC Bank USA, National Association
P.O. Box 1145, Buffalo, NY 14240

**Motions**
1:95-cv-04741-JBW United States v. Green **CASE CLOSED on 02/05/1996**

U.S. District Court

Eastern District of New York

Notice of Electronic Filing

The following transaction was received from Fisher, Douglas M. entered on 6/13/2005 at 4:44 PM EDT and filed on 6/13/2005
**Case Name:** United States v. Green
**Case Number:** 1:95-cv-4741
**Filer:** United States of America
**WARNING: CASE CLOSED on 02/05/1996**
**Document Number:** 14

**Docket Text:**
MOTION to Amend/Correct [13] Order on Motion to Enforce Judgment by United States of America. (Fisher, Douglas)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=6/13/2005] [FileNumber=1595337-0]

[398b2021363d828393923c3ddf7d05f191dc4f87397f5e30a5cdcac1614b60c75f498
0bf8d0450b89f4677a5f077ad6ef50a370bcc66b7420c57442eacb8a3f3]]

**1:95-cv-4741 Notice will be electronically mailed to:**

Douglas M. Fisher    legal@solomonpc.com

**1:95-cv-4741 Notice will not be electronically mailed to:**



**SOLOMON AND SOLOMON**
**PC**

Attorneys at Law

*Mailing Address:*
Columbia Circle
Box 15019
Albany, NY 12212-5019

*Located At:*
Five Columbia Circle
Albany, NY 12203

(518) 456-7200
Fax (518) 456-0651
Toll free 1-800-259-6723

June 29, 2005

Hon. Jack Weinstein's Chambers
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States of America v.
   Norrey D. Green
   (HSBC Bank USA, Garnishee)
   Civil Action No. CV-95-4741**

Dear Sir or Madame:

I am writing in regard to the above-referenced matter. On June 13, 2005, we submitted an Amended Order for Turnover (Docket No. 14) for the Court's approval. However, on June 27, 2005 (Docket No. 15), the Judge executed the same Order he signed on May 27, 2005. Kindly have the Judge execute the Amended Order.

If you have any questions, please feel free to contact me at any time at extension 250.

Sincerely,

SOLOMON AND SOLOMON, P.C.

Arthur G. Chuang
Supervisor, Legal Administration

Enclosure

7/5/05